996 A.2d 1062

**Jesse JOHNSON, Jr., Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

**No. 96 MAP 2009.**

Supreme Court of Pennsylvania.

June 22, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 22nd day of June, 2010, the Pennsylvania Board of Probation and Parole's Motion to Dismiss as Moot is GRANTED.